IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID HARRIS                                                                                       PLAINTIFF

V.                                                                            CAUSE NO.: 1:12CV233-SA

COOPER MARINE & TIMBERLANDS
CORPORATION                                                                                    DEFENDANT

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Strike [54] is GRANTED. The Motion for Summary Judgment [56] is GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 8th day of May, 2014.

                                                          **/s/ Sharion Aycock**_____
                                                          **U.S. DISTRICT JUDGE**